# ELECTRONIC RECORD

COA #   01-13-00077-CR                    OFFENSE:   22.021 (Agg Sex Assault w/Child)

STYLE:   Jared Len Cruse v. The State of Texas                    COUNTY:   Liberty

COA DISPOSITION:     AFFIRMED AS MODIFY   TRIAL COURT:   75th District Court

DATE: 07/22/2014                    Publish: NO   TC CASE #:     cr29782

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Jared Len Cruse v. The State of Texas                    CCA #:     1110-14

_____PRO SE_____ Petition           CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:           DATE:     _____

_____refused_____                          JUDGE:     _____

DATE: Jan 14, 2014                            SIGNED: _____          PC: _____

JUDGE: PC                                     PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**